IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DEBRA LEWIS, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 3:17-cv-00002 JTK |
| ) | |
| NANCY BERRYHILL[1], ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant ) | |

## ORDER

Before the Court is the Defendant's Unopposed Motion To Reverse and Remand (Doc. No. 14) to the Commissioner ("Defendant") for further administrative proceedings before an Administrative Law Judge (ALJ). Upon examination of the merits of this case, it is hereby ORDERED that this Motion be granted and this case be reversed and remanded to the Commissioner for further administrative action pursuant to sentence 4 of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

SO ORDERED this 10th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy Berryhill replaced Carolyn Colvin as Acting Commissioner of the Social Security Administration. Under Federal Rule of Civil Procedure 25(d), Nancy Berryhill is automatically substituted as Respondent in this matter.