IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| DEBRA LEWIS, ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No. 3:17-cv-00002 JTK |
| ) | |
| NANCY BERRYHILL[1], ) | |
| Acting Commissioner of Social Security, ) | |
| Defendant ) | |

## RULE 58 JUDGMENT

IT IS ORDERED, ADJUDGED AND DECREED that this case be reversed and remanded to the Defendant for further administrative action pursuant to sentence four (4) of §205(g) of the Social Security Act, 42 U.S.C. §405(g). *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

SO ADJUDGED on this 10th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1]Nancy Berryhill replaced Carolyn Colvin as Acting Commissioner of the Social Security Administration. Under Federal Rule of Civil Procedure 25(d), Nancy Berryhill is automatically substituted as Respondent in this matter.